ACCEPTED
01-15-00673-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 8:25:31 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS OF TEXAS
FIRST JUDICIAL DISTRICT

**ALTON JOSEPH JOLIVET, JR**  §

§

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 8:25:31 AM
CHRISTOPHER A. PRINE
Clerk

**Case No. 01-15-00672-CR**

vs.  §  **Case No. 01-15-00673CR**

§  **Case No. 01-15-00674-CR**

**THE STATE OF TEXAS**  §

## NOTICE OF SUBSTITUTION OF ATTORNEY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MELISSA MARTIN, Attorney for Appellant, ALTON JOSEPH JOLIVET, JR.., in the above styled and numbered cause and respectfully gives notice that she is the new attorney of record in this cause in the place of Mark Kratovil.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office
*/s/ Melissa Martin*

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on August 21, 2015.

*/s/ Melissa Martin*

_____

Melissa Martin